## United States District Court for the Northern District of Illinois

Case Number: 08cv925　　　　　　　Assigned/Issued By: j. n.

Judge Name: andersen　　　　　　　Designated Magistrate Judge: denlow

---

### FEE INFORMATION

*Amount Due:*　　[✓] $350.00　　[ ] $39.00　　[ ] $5.00
　　　　　　　　　[ ] IFP　　　　[ ] No Fee　　[ ] Other _____
　　　　　　　　　[ ] $455.00

Number of Service Copies _____　　　Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____　　　　　　　Receipt #: 2538016_____

Date Payment Rec'd: 2-13-08_____　　Fiscal Clerk: j. n._____

---

### ISSUANCES

[✓] Summons　　　　　　　　　　　　　　[ ] Alias Summons

[ ] Third Party Summons　　　　　　　　[ ] Lis Pendens

[ ] Non Wage Garnishment Summons　　　　[ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons
　　　　　　　　　　　　　　　　　　　　_____
[ ] Citation to Discover Assets　　　　_____
　　　　　　　　　　　　　　　　　　　　(Victim, Against and $ Amount)
[ ] Writ _____
　　　　(Type of Writ)

3____ Original and 0_____ copies on 2-14-08_____ as to NEW VIEW INSTALLATIONS,
　　　　　　　　　　　　　　　　　　　(Date)
INC.; KATHLEEN M. BALLATIN; EDWARD P. BALLATIN_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05