UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' PENSION FUND AND LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT, ETC., ET AL.<br><br>PLAINTIFF(S)<br><br>vs.<br><br>NEW VIEW INSTALLATIONS, INC., ET AL.<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>08 C 925<br><br><br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Mar 18, 2008**, at **10:32 PM**, I served the above described documents upon **EDWARD P. BALLATIN** as shown below:

**ABODE SERVICE** was made by leaving copies thereof at the defendant's dwelling house or usual place of abode a person of suitable age and discretion then residing therein: **KATHLEEN M. BALLATIN / WIFE**.

Said service was effected at **7134 N MELVINA, CHICAGO, IL 60646**.

**DESCRIPTION:** Gender: **F**  Race: **WHITE**  Age: **55**  Hgt: **5'4"**  Wgt: **145**  Hair: **BROWN**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
27 N Wacker Dr., Ste 431
Chicago, IL 60606
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 19th day of March, 2008

*[signature: Joan C. Harenberg]*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC