IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>NEW VIEW INSTALLATIONS, INC., an )<br>involuntarily dissolved Illinois corporation, and )<br>KATHLEEN M. BALLATIN, individually and )<br>d/b/a NEW VIEW INSTALLATIONS, INC., )<br>and EDWARD P. BALLATIN, individually and )<br>d/b/a NEW VIEW INSTALLATIONS, INC., )<br>Defendants. ) | Case No. 08 C 925<br><br>Judge ANDERSEN |

## NOTICE OF MOTION

To:  New View Installations, Inc.,          Kathleen M. Ballatin
     c/o Kathleen M. Ballatin, President    7134 N. Melvina
     7134 N. Melvina                        Chicago, IL 60646
     Chicago, IL 60646

     Edward P/ Ballatin
     7134 N. Melvina
     Chicago, IL 60646

PLEASE TAKE NOTICE that at *9:00 a.m. on Thursday, April 17, 2008*, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Wayne R. Andersen, Room 1403, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present **Plaintiffs' Motion for Order of Default and to Compel an Audit**, a copy of which is herewith served upon you.

April 10, 2008                                Laborers Pension Fund, et al.

                                              By: /s/ Charles Ingrassia

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 10th day of April he served this notice to the above addressee(s) via U.S. Mail.

                                              /s/ Charles Ingrassia