IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, et al., ) | 08c925 |
| Plaintiffs, ) | Case No. 08 C 925 |
| v. ) | |
| ) | Judge ANDERSEN |
| NEW VIEW INSTALLATIONS, INC., an ) | |
| involuntarily dissolved Illinois corporation, and ) | |
| KATHLEEN M. BALLATIN, individually and ) | |
| d/b/a NEW VIEW INSTALLATIONS, INC., ) | |
| and EDWARD P. BALLATIN, individually and ) | |
| d/b/a NEW VIEW INSTALLATIONS, INC., ) | |
| Defendants. ) | |

### ORDER

This matter having come to be heard on the Motion of Plaintiffs' Laborers' Pension Fund, et. al., for Order of Default, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Defendants New View Installations, Inc., Kathleen M. Ballatin, individually and d/b/a New View Installations, Inc., and Edward P. Ballatin, individually and d/b/a New View Installations, Inc., are in default;

2. The Company and the Ballatins are ordered to submit their books and records to an audit for the period of January 1, 2005 forward;

3. The Company and the Ballatins are ordered to submit benefit reports and contributions for the period of November 2007 forward;

4. The Company and the Ballatins are ordered to submit Union reports and dues for the period of November 2007 forward; and

IT IS FURTHER ORDERED THAT this Court retains jurisdiction to enter judgment in sum certain upon the amounts plead in the complaint, the completion of the audit, and submission of current reports and dues, including but not limited to, all unpaid contributions, interest, liquidated damages, accumulated liquidated damages, audit costs, and Plaintiffs' attorneys' fees and costs.

Dated: April 16, 2008

ENTER:

The Honorable Wayne R. Andersen
United States District Court Judge