# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 C 925 | **DATE** | 4/17/2008 |
| **CASE TITLE** | Laborers' Pension Fund et al vs. New View Installations, Inc. Et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to compel audit and for default [13] is granted. Enter order. Defendants New View Installations, Inc., Kathleen M. Ballatin, individually and d/b/a New View Installations, Inc., and Edward P. Ballatin, individually and d/b/a New View Installations, Inc., are in default. The Court retrains jurisdiction to enter judgment in sum certain upon the amounts plead in the complaint, the completion of the audit, and submission of current reports and dues, including but not limited to, all unpaid contributions, interest, liquidated damages, audit costs, and Plaintiffs' attorneys' fees and costs.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials:  TSA