IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LABORERS' PENSION FUND, et al.,**   )<br>  )<br>              **Plaintiffs,**   )<br>         v.                            )<br>  )<br>**NEW VIEW INSTALLATIONS, INC.,** an )<br>involuntarily dissolved Illinois corporation, and )<br>**KATHLEEN M. BALLATIN,** individually and )<br>d/b/a NEW VIEW INSTALLATIONS, INC.,   )<br>and **EDWARD P. BALLATIN,** individually and )<br>d/b/a NEW VIEW INSTALLATIONS, INC.,   )<br>  )<br>              **Defendants.**         ) | Case No. 08 C 925<br><br>Judge ANDERSEN |

## ORDER – RULE TO SHOW CAUSE

This matter having come to be heard on Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen (collectively the "Funds") Motion for Rule to Show Cause, due notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1.   This Court preliminarily finds that Defendants New View Installations, Inc., Kathleen M. Ballatin, individually and d/b/a New View Installations, Inc., and Edward P. Ballatin, individually and d/b/a New View Installations, Inc., have failed to comply with this Court's Order entered on April 17, 2008.

WHEREFORE, IT IS HEREBY ORDERED that Defendants New View Installations, Inc., Kathleen M. Ballatin, individually and d/b/a New View Installations, Inc., and Edward P. Ballatin, individually and d/b/a New View Installations, Inc., shall appear before this Court on

_____, 2008 at _____ a.m., to show cause, if any, why they should not be adjudged guilty of and punished for contempt of Court for his failure to comply with this Court's Order entered on April 17, 2008.

ENTER:

Dated:_____

_____
The Honorable Wayne R. Andersen
United States District Court Judge