IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No. 08 C 925 |
| v. | ) |
| | ) Judge ANDERSEN |
| NEW VIEW INSTALLATIONS, INC., an involuntarily dissolved Illinois corporation, and KATHLEEN M. BALLATIN, individually and d/b/a NEW VIEW INSTALLATIONS, INC., and EDWARD P. BALLATIN, individually and d/b/a NEW VIEW INSTALLATIONS, INC., | ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:  New View Installations, Inc.,          Kathleen M. Ballatin
     c/o Kathleen M. Ballatin, President    7134 N. Melvina
     7134 N. Melvina                        Chicago, IL 60646
     Chicago, IL 60646

     Edward P/ Ballatin
     7134 N. Melvina
     Chicago, IL 60646

PLEASE TAKE NOTICE that at **9:00 a.m. on Thursday, May 22, 2008**, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Wayne R. Andersen, Room 1403, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present **Plaintiffs' Motion for Rule to Show Cause**, a copy of which is herewith served upon you.

May 13, 2008                                    Laborers Pension Fund, et al.

                                                By: /s/ Charles Ingrassia

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 13th day of May he served this notice to the above addressee(s) via U.S. Mail.

                                                /s/ Charles Ingrassia