Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 C 925 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Laborer's Pension Fund et al vs. New View Installations, Inc. Et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for a rule to show cause [19] is granted. Rule to show cause is returnable 6/19/2008 @ 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: |  TSA |
|---|---|---|