# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 C 925 | **DATE** | 5/23/2008 |
| **CASE TITLE** | Laborers' Pension Fund et al vs. New View Installations, Inc. et al | | |

**DOCKET ENTRY TEXT**

Enter order. It is hereby ordered that defendants New View Installations, Inc., Kathleen M. Ballatin, individually and d/b/a New View Installations, Inc., and Edward P. Ballatin, individually and d/b/a New View Installations, Inc., shall appear before this Court on June 19, 2008 at 9:00 a.m., to show cause, if any, why they should not be adjudged guilty of and punished for contempt of Court for his failure to comply with this Court's Order entered on 4/17/2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | TSA tta |
|---|---|---|