MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 08 C 925 |
| v. ) | |
| ) | Judge ANDERSEN |
| NEW VIEW INSTALLATIONS, INC., an ) | |
| involuntarily dissolved Illinois corporation, and ) | |
| KATHLEEN M. BALLATIN, individually and ) | |
| d/b/a NEW VIEW INSTALLATIONS, INC., ) | |
| and EDWARD P. BALLATIN, individually and ) | |
| d/b/a NEW VIEW INSTALLATIONS, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER – RULE TO SHOW CAUSE

This matter having come to be heard on Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen (collectively the "Funds") Motion for Rule to Show Cause, due notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED**:

1. This Court preliminarily finds that Defendants New View Installations, Inc., Kathleen M. Ballatin, individually and d/b/a New View Installations, Inc., and Edward P. Ballatin, individually and d/b/a New View Installations, Inc., have failed to comply with this Court's Order entered on April 17, 2008.

WHEREFORE, IT IS HEREBY ORDERED that Defendants New View Installations, Inc., Kathleen M. Ballatin, individually and d/b/a New View Installations, Inc., and Edward P. Ballatin, individually and d/b/a New View Installations, Inc., shall appear before this Court on

June 19, 2008 at 9:00 a.m., to show cause, if any, why they should not be adjudged guilty of and punished for contempt of Court for his failure to comply with this Court's Order entered on April 17, 2008.

Dated: May 23, 2008

ENTER:

_____
The Honorable Wayne R. Andersen
United States District Court Judge