UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' PENSION FUND AND LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT, ETC., ET AL.<br><br>PLAINTIFF(S)<br><br>vs.<br><br>NEW VIEW INSTALLATIONS, INC., ET AL.<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>08 C 925<br><br><br>SERVICE DOCUMENTS:<br>RULE TO SHOW CAUSE |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jun 04, 2008**, at **10:02 PM**, I served the above described documents upon **NEW VIEW INSTALLATIONS, IN** shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **KATHLEEN M. BALLATIN / PRESIDENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **7134 N MELVINA, CHICAGO, IL 60646**.

**DESCRIPTION:** Gender: **F**  Race: **WHITE**  Age: **50**  Hgt: **5'5"**  Wgt: **150**  Hair: **BROWN**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*Steven A Stosur* (signature)

Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
27 N Wacker Dr., Ste 531
Chicago, IL 60606
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 5th day of June, 2008

*Joan C. Harenberg* (signature)

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC