UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' PENSION FUND AND LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT, ETC., ET AL.<br><br>PLAINTIFF(S)<br><br>vs.<br><br>NEW VIEW INSTALLATIONS, INC., ET AL.<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**08 C 925**<br><br><br>SERVICE DOCUMENTS:<br>**RULE TO SHOW CAUSE** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jun 04, 2008**, at **10:02 PM**, I served the above described documents upon **EDWARD P. BALLATIN** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **EDWARD BALLATIN**.

Said service was effected at **7134 N MELVINA, CHICAGO, IL 60646**.

**DESCRIPTION:**  Gender: **M**   Race: **WHITE**   Age: **55**   Hgt: **5'9"**   Wgt: **225**   Hair: **BLACK/GRAY**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*Steven A Stosur* (signature)

**Steven A Stosur, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**27 N Wacker Dr., Ste 531**
**Chicago, IL 60606**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 5th day of June, 2008

*Joan C. Harenberg* (signature)

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC